AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **JonPaul Marcel Nadeau** | )<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 0:24-cv-61294-WPD |
| | )<br>)<br>)<br>) |
| **Global Connections Realty, Inc.** | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Global Connections Realty, Inc.
c/o Registered Agent: Paulina Hurtado
2452 N University Drive
Pembroke Pines, Florida 33024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marian V. Quintero
**SRIPLAW, P.A.**
21301 Powerline Rd, Suite 100
Boca Raton, FL 33433
561.404.4350
marian.quintero@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 22, 2024



Angela E. Noble
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts

SUMMONS